In re BOARD OF RAPID TRANSIT R. COM'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. January 12, 1909.) In the matter of the application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the appointment of three commissioners, etc. Brooklyn and Manhattan Loop Lines, Brooklyn Sections.

PER CURIAM. The order of this court, granted January 25, 1907, will be made to conform to the order now in force in the First Department. The application of the Public Service Commission for the First District, as the successor of the Board of Rapid Transit Railroad Commissioners for the City of New York, for the abrogation of the condition contained in our order, is therefore denied; but the time limit contained in said order is extended until October 15, 1911. See, also, 128 App. Div. 103, 112 N. Y. Supp. 619.

In re BOARD OF TRUSTEES OF VILLAGE OF SALAMANCA. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) In the matter of the petition of the Board of Trustees of the Village of Salamanca for an order enjoining the violation of the fire ordinance of said village, etc.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SPRING, J., dissents.

In re BODINE. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) In the matter of the accounting of Albert Bodine, administrator, etc., of Mary A. Bodine, deceased. No opinion. Order of the Surrogate's Court of Richmond county affirmed, with costs. See, also, 119 App. Div. 493, 104 N. Y. Supp. 138.

BOECK, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Mary G. Boeck against Alfred H. Smith and another. F. Bien, for appellants. C. C. Marsh, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BOERUM et al., Respondents, v. BODIN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by A. Remsen Boerum and another, copartners, etc., against Charles H. Bodin and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

BOYER, Respondent, v. BOYER, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Catharine L. Boyer against Frank W. Boyer.

PER CURIAM. We think this verdict was against the weight of evidence, that the plaintiff had but a single cause of action for the alleged tort, that it could not be split up into several claims, and that the judgment in the Municipal Court action was well pleaded in abatement of this suit. Judgment and order reversed and new trial granted; costs to abide the event.

BRADBURY, Respondent, v. CHILDS, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Harry B. Bradbury against Walter C. Childs. No opinion. Judgment of the Municipal Court affirmed, with costs.

BRANDLEY v. AMERICAN BUTTER CO. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Albert R. Brandley against the American Butter Company. No opinion. Motion denied, with $10 costs. Order filed.

BRAUMAN, Respondent, v. FEINBERG, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Joseph Brauman against Samuel Feinberg. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

BREWER v. BREWER. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Edith A. N. Brewer against William S. Brewer. No opinion. Motion granted, with $10 costs. Order filed.

In re BRIGGS. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) In the matter of the examination of Rollo S. Briggs, judgment debtor, etc., in an action entitled "Philo C. Wheeler and Another v. Rollo S. Briggs." No opinion. Order unanimously affirmed, with costs.

BRISCOE, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Elizabeth Briscoe against the Metropolitan Life Insurance Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

BRODSKY v. BURKETT. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by George Brodsky against Millie H. Burkett. No opinion. Motion denied on terms stated in order. Order filed.

In re BROWN. (Supreme Court, Appellate Division, Second Department, January 8, 1909.) In the matter of the application of Edward V. Brown, Jr., for an order establishing the authority of William P. Platt, county judge of Westchester county, etc. No opinion. Order affirmed, with $10 costs and disbursements.

BROWN v. GROSSMAN. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Louis Brown against Fannie Grossman. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 59 Misc. Rep. 153, 110 N. Y. Supp. 262; 128 App. Div. 496, 112 N. Y. Supp. 827.

BROWN et al., Appellants, v. RETSOF MINING CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1909.) Action by Edward W. Brown